IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLIE B. BUSH JR., | ) | 4:09CV3222 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| RICHARD THOMAS, and LANCASTER COUNTY JAIL, | ) ) ) | |
| Defendants. | ) | |

Pending before the court are two Motions for Leave to Proceed In Forma Pauperis. Plaintiff filed the first Motion (filing no. 2) while he was a prisoner at the Lancaster County Department of Corrections. The court ordered Plaintiff to file the second Motion (filing no. 10) because of a change in his status from prisoner to non-prisoner. (Filing No. 9.) Upon review of Plaintiff's second Motion, the court finds that he is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that:

1. Plaintiff's first Motion for Leave to Proceed In Forma Pauperis (filing no. 2) is denied as moot.

2. Plaintiff's second Motion for Leave to Proceed In Forma Pauperis (filing no. 10) is provisionally granted.

January 5, 2010.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge